UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD BOOTH,                              1:09-cv-2214 YNP (HC)

        Petitioner,
                                            ORDER AUTHORIZING
   vs.                                      IN FORMA PAUPERIS STATUS

JAMES HARTLEY,

        Respondent.
_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

    IT IS SO ORDERED.

**Dated:   February 4, 2010**                       **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE